NUMBER 13-09-00303-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

DORA GARZA, Appellant,


v.



WOODSBORO LITTLE LEAGUE

AND MARK BLASCKE, Appellees. 

 ____________________________________________________________


On appeal from the 135th District Court 


of Refugio County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 The appellant's brief in the above cause was due on November 6, 2009. On
November 9, 2009, the Clerk of the Court notified appellant that the brief had not been
timely filed and that the appeal was subject to dismissal for want of prosecution under
Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of
receipt of the Court's letter, appellant reasonably explained the failure and the appellee
was not significantly injured by the appellant's failure to timely file a brief. To date, no
response has been received from appellant. 

 Appellant has failed to either reasonably explain his failure to file a brief, file a
motion for extension of time to file his brief, or file his brief. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 

 PER CURIAM


Delivered and filed the

17th day of December, 2009.